PROTECTION DEVICES AND EQUIPMENT AND CENTRAL STATION PROTECTION SERVICE ANTITRUST CASES

**CIVIL DOCKET**

**UNITED STATES DISTRICT COURT** **Jury demand date:**

D. C. Form No. 106A Rev.

| TITLE OF CASE | ATTORNEYS |
|---|---|
| SPECIAL NOTE:<br>Panel Opinion of October 3, 1968 cited at 295 F.Supp. 39(1968)<br><br>Panel Opinion of November 14, 1968 cited at 297 F. Supp. 622 (1968) | For plaintiff:<br><br>For defendant: |

| STATISTICAL RECORD | COSTS | | DATE | NAME OR RECEIPT NO. | REC. | DISB. |
|---|---|---|---|---|---|---|
| J.S. 5 mailed | Clerk | | | | | |
| J.S. 6 mailed | Marshal | | | | | |
| Basis of Action: | Docket fee | | | | | |
| | Witness fees | | | | | |
| Action arose at: | Depositions | | | | | |

| DATE | PROCEEDINGS | Date Order or Judgment Noted |
|---|---|---|
| 7/17/68 | Order to Show Cause signed by Judge Murrah sent to all parties by Clerk. | |
| 8/2/68 | Response to Order to Show Cause filed on behalf of Pizitz, Inc. etal. | |
| 8/5/68 | Response on behalf of Chicago's plaintiffs why actions shoulw not be transferred. | |
| 8/7/68 | Opposition filed on behalf of Smith Detectice Agency, McCane-Sandock, Federal Engineering Call's Police Signal Corp, Merchan's Police Alarm Corp., Michigan Burglar Alarm Systems, Automatic Alarm Corp. & Pacific Fire Extinguisher Co. | |
| 8/9/68 | Memorandum in Opposition to transfer filed on behalf of plaintiffs, Rhodes Western. | |
| 8/8/68 | Memorandum filed in response to Order to Show Cause filed on behalf of Robinson Protective Alarm Corp. | |
| 10/3/68 | Order from Judge Sugarman consenting to transfer multidistrict litigation to Southern District of New York. | |
| 10/3/68 | Memorandum and Order transferring Civil Actions under Section 1407, Title 28, United States Code to the Southern District of New York (except tag-along cases) J. Metzner | (75 cases) |
| 10/9/68 | Show Cause Order signed by Judge Murrah (dated 10/9/68) for additional cases (tag-along) listed in Schedule B. | |
| 10/14/68 | Response of Plaintiffs in Civil Action Nos. 68C 1662, 68C 1663 and 68C 1667 to show cause order (tag-along) | |
| 10/15/68 | Response of plaintiff (Electro-Protective Corp., et al., Civ. 763-68 (N.J.) to show cause order (tag-along). | |
| 10/25/68 | Filed order making correction in Schedule A issued on Oct. 3 as follows: 2. Federated Department Stores, Inc. v. Grinnell Corp., et al. S.D.N.Y. 67 Civ. 2249 | |
| 11/14/68 | Filed order of Judicial Panel transferring tag-along cases to the Southern District of New York | |

 DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

DOCKET NO. 9 - PROTECTION DEVICES AND EQUIPMENT AND CENTRAL STATION PROTECTION SERVICE ANTITRUST CASES

Computer ID No. 208

| No. | Caption | Date of Transfer | District Court | Judge | D.C. No. |
|---|---|---|---|---|---|
| A-1 | United States v. Grinnell Corp., et al. dismissed | 11/14/72 | N.Y., S. | | 65 Civ.2486 |
| A-2 | Federated Department Stores, Inc. v. Grinnell Corp., et al. | October 3, 1968 | " | 11/20/75 | 67Civ. 2249 |
| A-3 | R. H. Macy & Co., Inc. v. Grinnell Corp., et al. | | " | 11/20/75 | 67Civ. 2258 |
| A-4 | City Stores Co., et al. v. Grinnell Corp., et al. | | " | | 67Civ. 2259 |
| A-5 | Russ Togs, Inc., et al. v. Grinnell Corp., et al. | | " | | 67Civ. 2594 |
| A-6 | Interstate Department Stores, Inc., et al. v. Grinnell Corp., et al. | | " | 8/25/75 | 67Civ. 2595 |
| A-7 | Swank, Inc. v. Grinnell Corp., et al. | | " | | 67Civ. 2596 |
| A-8 | Associated Dry Goods Corp., et al. v. Grinnell Corp., et al. | | " | 8/25/75 | 67Civ. 2606 |
| A-9 | Gimbel Brothers, Inc., et al. v. Grinnell Corp., et al. | | " | | 67 Civ.2610 |
| A-10 | The May Department Stores Co. v. Grinnell Corp., et al. | | " | | 67Civ. 2612 |
| A-11 | Zale Corp., et al. v. Grinnell Corp., et al. | | " | | 67Civ. 2615 |
| A-12 | Allied Stores Corp., et al. v. Grinnell Corp., et al. | | " | | 67Civ. 2616 |
| A-13 | Berkey Photo, Inc., et al. v. Grinnell Corp., et al. | | " | 8/25/75 | 67Civ. 2621 |
| A-14 | Spartans Industries, Inc., et al. v. Grinnell Corp., et al. | | " | 8/25/75 | 67Civ. 2622 |
| A-15 | Howard Harlem, Inc., et al. v. Grinnell Corp., et al. | | " | | 67Civ. 2940 |
| A-16 | W. T. Grant Co. v. Grinnell Corp., et al. | | " | | 67 Civ.3820 |

DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

DOCKET NO. 9 - PROTECTION DEVIDES AND EQUIPMENT AND CENTRAL STATION PROTECTION SERVICE ANTITRUST CASES

| No. | Caption | Date of ~~Filed~~ TRANSFER | District Court | Judge | D.C. No. |
|---|---|---|---|---|---|
| A-17 | Lerner Stores Corp., et al. v. Grinnell Corp., et al. | | S.D., N.Y. | | 67Civ.4433 |
| A-18 | McCrory Corp. v. Grinnell Corp., et al. | | " | | 67Civ.4720 |
| A-19 | S. Klein Dept. Stores, Inc. v. Grinnell Corp., et al. | | " | | 67Civ.4719 |
| A-20 | Federal's Inc. v. Grinnell Corp., et al. | | " | 5/25/75 | 68Civ.573 |
| A-21 | Arlan's Dept. Stores, Inc., et al. v. Grinnell Corp., et al. | October | " | 8/25/75 | 68Civ.574 |
| A-22 | Cunningham Drug Stores, Inc., et al. v. Grinnell Corp., et al. | | " | 7/16/75 | 68Civ.659 |
| A-23 | Zayre Corp., et al. v. Grinnell Corp. et al. | | " | 6/27/75 | 68Civ.2361 |
| A-24 | Smith Detective Agency & Nightwatch Service, Inc. v. American District Telegraph Co., et al. dismissed 3/4/71 | 3/1968 | " | | 67Civ.2240 |
| A-25 | McCane-Sondock Protection Systems, Inc. v. American District Telegraph Co. et al. dismissed 3/4/71 | | " | | 67Civ.2241 |
| A-26 | Federal Engineering Co., Inc. v. American District Telegraph Co., et al dismissed 3/4/71 | | | | 67Civ.2242 |
| A-27 | Call's Police Signal Corp. v. American District Telgraph Co., et al dismissed 3/4/71 | | " | | 67Civ.2243 |
| A-28 | Merchants Police Alarm Corp. v. American District Telegraph Co., et al. dismissed 3/4/71 | | | | 67Civ.2244 |
| A-29 | Michigan Burglar Alarm Systems, Inc., et al. v. American District Telegraph Co., et al. dismissed 3/4/71 | | " | | 67Civ.2245 |
| A-30 | Automatic Alarm Corp. v. American District Telegraph Co., et al. dismissed 3/4/71 | | " | | 67Civ.2246 |
| A-31 | The Grand Union Company v. Grinnell Corp., et al. | | " | | 68Civ.2509 |

DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

DOCKET NO. 9 - PROTECTION DEVICES AND EQUIPMENT AND CENTRAL STATION PROTECTION SERVICE ANTITRUST CASES

| No. | Caption | Date of Transfer | District Court | Judge | D.C. No. |
|---|---|---|---|---|---|
| A-32 | Hutzler Bros. Co. v. Grinnell Corp., et al. | October 3, 1968 | S.D., N.Y. | 7/16/75 | 68Civ.2669 |
| A-33 | J. C. Penney Co. v. Grinnell Corp., et al. | | " | | 68Civ.2670 |
| A-34 | Cartier, Inc. v. Grinnell Corp., et al. | | " | | 68Civ.2671 |
| A-35 | Robert Hall Clothes, Inc., et al. v. Grinnell Corp., et al. | | " | | 68Civ.2722 |
| A-36 | Su Crest Corp., et al. v. Grinnell Corp., et al. | | " | | 68Civ.2723 |
| A-37 | Snyder Drug Stores, Inc. v. Grinnell Corp., et al. | | " | | 68Civ.2741 |
| A-38 | Aldens, Inc. v. Grinnell Corp., et al. | | " | | 68Civ.2742 |
| A-39 | Gamble-Skogmo, Inc. v. Grinnell Corp. et al. | | " | | 68Civ.2743 |
| A-40 | Shoppers World Midway Corp., et al. v. Grinnell Corp., et al. dismissed 12/30/69 | | | | 68Civ.2744 |
| A-41 | The State of New York v. Grinnell Corp., et al. dismissed 1/6/72 | | " | | 68Civ.2765 |
| A-42 | The Port of New York Authority v. Grinnell Corp., et al. | | " | | 68Civ.2766 |
| A-43 | Supermarkets General Corp., et al. v. Grinnell Corp., et al. | | " | | 68Civ.2774 |
| A-44 | Hart Schaffner & Marx, et al. v. Grinnell Corp., et al. | | " | | 68Civ. 2775 |
| A-45 | American Consumer Industries Inc. et al. v. Grinnell Corp., et al. dismissed 3/25/71 ~~dismissed 3/4/71~~ | | " | | 68Civ.2776 |
| A-46 | Shoe Corporation of America v. Grinnell Corp., et al. | | " | | 68Civ.2793 |
| A-47 | Rapid American Corp. v. Grinnell Corp., et al. | | " | | 68Civ.2794 |
| A-48 | The B. V. D. Co., Inc., et al. v. Grinnell Corp., et al. | | " | | 68Civ.2795 |

DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

DOCKET NO. 9 - PROTECTION DEVICES AND EQUIPMENT AND CENTRAL STATION PROTECTION SERVICE ANTITRUST CASES

| No. | Caption | Date of Transfer | District Court | Judge | D.C. No. |
|---|---|---|---|---|---|
| A-49 | The Certified Alarm & Signal Co. v. Grinnell Corp., et al. dismissed | | S.D., N.Y. | | 68Civ.2556 |
| A-50 | Gerson Zimmerman d/b/a Ace of Spades Burglar Alarm Co. v. Grinnell Corp., et al. dismissed | | " | | 68Civ.2557 |
| A-51 | Protection Alarms, Inc. v. Grinnell Corp., et al. dismissed | | " | | 68Civ.2558 |
| A-52 | Bay Alarm Co. v. Grinnell Corp., et al. dismissed | | " | | 68Civ.2559 |
| A-53 | Apex Signal Service Division of Apex Genie, Inc. v. Grinnell Corp., et al. dismissed | October 3, 1968 | " | | 68Civ.2560 |
| A-54 | Peter J. Newmann d/b/a/ Albany Protective Service v. Grinnell Corp., et al. dismissed | | " | | 68Civ.2561 |
| A-55 | Thomas DeLarue, Inc. v. Automatic Fire Alarm Co. of Delaware, et al. dismissed 1/4/73 | | " | | 68Civ.2647 |
| A-56 | Pacific Fire Exteinguisher Co. v. American District Telegraph Co., et al. dismissed - 3/4/71 | | " | | 68Civ.2746 |
| A-57 | Owl Protective Co., Inc. (N.Y.) v. Grinnell Corp., et al. * dismissed | | " | | 68Civ.2779 |
| A-58 | Owl Protective Co., Inc. (Pa.) v. Grinnell Corp., et al. dismissed | | " | | 68Civ.2780 |
| A-59 | Imperial Products Co., Inc. v. Grinnell Corp., et al. dismissed | | " | | 68Civ.2781 |
| A-60 | Central Office Alarm Co., Inc. v. Grinnell Corp., et al. dismissed | | " | | 68Civ.2782 |
| A-61 | Damon Alarm Corp., et al. v. American District Telegraph Co., et al. dismissed | | " | | 68Civ.2789 |
| A-62 | Walworth Co., et al. v. Grinnell Corp., et al. | | " | | 68Civ.2828 |
| A-63 | Silberman Fur Corp., et al. v. Holmes Electric Protection Co. | | " | | 68Civ.2829 |

* Settled but not dismissed 5/12/70

DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

DOCKET NO.9 - PROTECTION DEVICES AND EQUIPMENT AND CENTRAL STATION PROTECTION SERVICE ANTITRUST CASES

| No. | Caption | Date of Transfer | District Court | Judge | D.C. No. |
|---|---|---|---|---|---|
| A-64 | Brink's, Inc., et al. v. Grinnell Corp., et al. dismissed 5/3/73 | | Ill., N. 10/7/71 | | 66Civ.2125 |
| A-65 | Sears, Roebuck & Co. v. Grinnell Corp., et al. | | " " | | 67Civ.776 |
| A--66 | Western Auto Supply Co. v. Grinnell Corp., et al. | | " " | | 67Civ.918 |
| A-67 | Montgomery Ward & Co. v. Grinnell Corp., et al. dismissed 10/14/77 | | " " | | 67Civ.1167 |
| A-68 | Stackler Enterprises v. American District Telegraph Co., et al. dismissed | 6/22/71 | " " | | 68Civ.331 |
| A-69 | Pizitz, Inc., et al. v. American District Telegraph Co., et al. dismissed | 6/2/71 | Ala., N. 10/7 | | 67Civ.471 |
| A-70 | Manhattan-Ward, Inc., et al. v. Grinnell Corp., et al. dismissed | 1/23/73 | Pa., E. 10/7 | | 68-1489 |
| A-71 | City of Detroit, et al. v. Grinnell Corp., et al. dismissed | 1/23/73 | " " | | 68-1478 |
| A-72 | 1225 Vine Street Building, Inc., et al. v. Grinnell Corp., et al. dismissed | 1/23/73 | " " | | 68-1479 |
| A-73 | Associated Barr Stores, Inc., et al. v. Grinnell Corp., et al. | | " " | | 68-1490 |
| A-74 | Rhodes Western v. Grinnell Corp., et al. | | Calif., N. 10/7/69 | | 49577 |
| A-75 | Security Protective Alarms, Inc., et al. v. American District Telegraph Co. | dismissed 11/30/72 | N.Y., W. 10/7/69 | | 68-210 |

October 3, 1968

DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

DOCKET NO. 9 - PROTECTION DEVICE AND EQUIPMENT AND CENTRAL STATION PROTECTION SERVICE ANTITRUST CASES

| No. | Caption | Date ~~Filed~~ Transfer | District Court | Judge | D.C. No. |
|---|---|---|---|---|---|
| B-1 | State of New Jersey v. Grinnell Corporation dismissed | 11/14/68 | Illinois, N. | Perry | 68C 1667 |
| B-2 | State of Maryland v. Grinnell Corporation dismissed | 1/3/7 | Illinois, N. | Perry | 68C 1663 |
| B-3 | State of Connecticut v. Grinnell Corporation dismissed | 1/3/7 | Illinois, N | Perry | 68C 1662 |
| B-4 | Electro-Protective Corporation, National Protective Corporation, and Freddie Schnell v. Grinnell Corporation and American District Telegraph Company dismissed 10/9/71 | " | New Jersey | | Civ. 763-68 |
| | July 1976 Rec 80 Bldg 1 | | | July 1977 | Rec 83 Bldg 1 |
| X-1 | Morse Signal Devices, Inc., et al. v. Grinnell Corporation, et al. dismissed 11/1/68 | NTN 9/3/68 | N.Y., S. | | 68 Civ.3538 |
| X-2 | Twentieth Century-Fox Film Corp., et al. v. Grinnell Corp., et al. | NTN 2/25/9 | N.Y., S. | | 68 Civ3229 |
| X-3 | Mutual Central Stations Alarm Corp. v. The Protectowire Co. dismissed 3/22/71 | NTN | N.Y., S. | | 69 Civ 110 |
| X-4 | M. N. Landau Stores, Inc. v. Grinnell Corporation, etc. dismissed | NTN 12/24/69 | N.Y., S. | | 69 Civ 1417 |
| X-5 | M. H. Fishman Co., Inc. v. Grniiell Corporation, etc. dismissed | NTN 12/24/69 | N.Y., S. | | 69 Civ 1357 |

# ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

Docket No. 9 - MULTIDISTRICT CIVIL ANTITRUST ACTIONS INVOLVING PROTECTION DEVICES AND EQUIPMENT AND CENTRAL STATION PROTECTION SERVICES

| No. | Interested | Counsel |
|---|---|---|
| | Winston B. McCall<br>Roderick M. MacLeod, Jr. Esq.<br>Pritchard, McCall & Jones<br>831 Frank Nelson Bldg.<br>Birmingham, Ala 35203 | Hopkins, Sutter, Owen, Mulroywentz & Davis<br>One North LaSalle Street<br>Chicago, Ill |
| | James C. Barton Esq.<br>Bank for Savings Bldg.<br>Birmingham, Ala. | Seymour Simon<br>39 South LaSalle St<br>Chicago, Ill |
| | Drayton T. Scott, Esq.<br>First National Bldg.<br>Birmingham. Ala. | Stackler, Levenfeld, Levy and Stackler<br>11 South LaSalle St<br>Chicago, Ill. |
| | George H. Brown, Esq.<br>Robinson, Williams, Brown<br>Robinson & Angeloff<br>700 Reynolds Arcade Bldg.<br>Rochester, New York | Noel E. Story Esq. Antitrust Div.<br>Dept. of Justice<br>Washington, D.C. |
| | Steinhart, Goldberg, Feigenbaum & Ladon<br>Suite 900<br>111 Sutter Street<br>San Francisco, Calif. | Casey, Lane & Mittendorf<br>26 Broadway<br>New York, N.Y. 10004 |
| | David Berger<br>1622 Locust St.<br>Phila. Penna. | Richard M. Clinton Esq.<br>Dept. of Justice<br>Washington D.C. |
| | … Montague, Jr.<br>…ier & Cohen | Wolff, Block, Schorr, Solas-Cohen<br>Packard Bldg.<br>Philadelphia, Pa. |
| | James F. Fahenden, Jr.<br>38 South Dearborn Street<br>Chicago, Ill. | Casey, Lane & Mittendorf<br>26 Broadway<br>New York, N.Y. 10004 |
| | Richard E. Powell<br>72 West Adams Street<br>Chicago, Ill | Weil, Gotshal & Manges<br>60 East 42nd St.<br>New Yorm N.Y. 10017 |
| | Arnstein, Gluck, Weizenfeld & Minow<br>120 South LaSalle St<br>Chicago, Ill. | Marvin Fenster, Esquire<br>151 West 34th St.<br>New York N.Y. 10001 |
| | | Liebman, Eulau, Robinson & Perlman<br>32 East 57th St.<br>New York, N.Y. 10022 |

| No. | Plaintiff | Defendant |
| --- | --- | --- |
| | Parker, Chapin & Flattau<br>530 Fifth Ave.<br>New York City, New York | Sidney Goldstein<br>11 Eighth Ave.<br>New York, N.Y. 11 |
| | Gould & Wilkie<br>1 Wall St.<br>New York, N.Y. 10005 | Kramer, Lowenstein, Nessen & Kamin<br>500 Fifth Ave. N.Y. 10036 |
| | Solinger & Gordon<br>250 Park Ave.<br>New York City, N.Y. | Ben Herzberg<br>Hays, Sklar, & Herzberg<br>200 Park Ave.<br>New York, N.Y. 10017 |
| | Rosenman, Colin, Kaye, Petschek Freund & Emil<br>575 Madison Ave.<br>New York City, N.Y. | Polier, Tulin & Payson<br>22 East 40th St.<br>New York City, N.Y. 10016 |
| | Halperin, Shivitz, Scholer & Steingut<br>11 East 44th St.<br>New York City, N.Y. | Dickstein, Shapiro Silver & Galligan<br>20 East 46th St.<br>New York, N.Y. 10017 |
| | Rubin, Wachtel, Baum & Levin<br>598 Madison Ave.<br>New York N.Y. 10022 | Winer, Neuburger & Sive<br>445 Park Ave.<br>New York City, N.Y. 10022 |
| | Hannigan, Miller, Schwartz & Cohn<br>2290 First National Bldg.<br>Detroit, Michigan 48226 | Joel E. Huffman<br>Wald, Hurkrader & Rockefeller<br>1225 19th St. N.W.<br>Washington D.C. |
| | Nierenberg, Gilixon, Zeif & Weinstein<br>230 Park Ave.<br>New York City, N.Y. 10017 | Jack Lipson<br>Arnold & Porter<br>1239 19th St. N.W.<br>Washington D.C. 20046 |
| | Simpson, Thacher, & Bartlett<br>120 Broadway<br>New York City, N.Y. 10005 | J. Lee Rankin<br>Coproration Counsel<br>City of New York<br>Law Dept.<br>Municipal Bldg.<br>New York, New York 10007 |
| | Stroock & Stroock & Lavan<br>61 Broadway<br>New York N.Y. 10006 | Peter Haagland<br>Wald, Harkrader & Rockefeller<br>1225 19th St. N.W.<br>Washington, D.C. |
| | Holtzmann, Wise & Shepard<br>30 Broad Street<br>New York, N.Y. 10004 | Matthew Kenney<br>Howry, Simon, Baker & McHerson<br>1707 H. St.N.W.<br>Washington D.C. |
| | Louis Lefkowitz<br>Capitol<br>Albany, New York 12224<br>or<br>80 Centre Street<br>New York, N.Y. 10013 | |

ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

DOCKET NO. 9 - PROTECTION DEVICE AND EQUIPMENT AND CENTRAL STATION PROTECTION SERVICE ANTITRUST CASES

| No. | Plaintiff | Defendant |
|---|---|---|
| B-1 | (a) Arthur J. Sills, Attorney General, State of New Jersey, State House Annex, Trenton, New Jersey 08625<br>(b) Joseph A. Hoffman, First Assistant Attorney General, State of New Jersey, State House Annex, Trenton, New Jersey 08625<br>(c) Granvil I. Specks & Sheldon O. Collen, 208 South La Salle St., Chicago, Illinois 60604<br>(d) Perry Goldberg, 208 South La Salle St., Chicago, Illinois 60604 | (a) Denis G. McInerney & Thomas Curnin Cahill, Gordon, Sonnett, Reindel & Ohl 80 Pine St., New York, N.Y. 10005<br>(b) Macdonald Flinn, White & Case, 14 Wall St., New York, N.Y. 10005<br>(c) J. Francis Hayden, Stickles, Hayden, Kennedy Hort & Van Steenburgh, 36 West 44th St., New York, N.Y. 10036<br>(d) Bud G. Holman, Kelley, Drye, Newhall, Maginnes & Warren, 350 Park Avenue, New York, N.Y. 10022<br>(e) Benjamin M. Quigg, Jr., Morgan, Lewis & Bockius, 123 South Broad Street, Philadelphia, Pa. 19109 |
| B-2 | (a) Francis B. Burch, Attorney General, State of Maryland, One Charles Center, Baltimore, Maryland 21201<br>(b) William L. Siskind & Neil Tabor, 940 Maryland National Bank Building, 10 Light St., Baltimore, Md. 21202<br>Same as B-1 (c) and (d) | Same as B-1 (a), (b), (c), (d) and (e) |
| B-3 | (a) Robert K. Killian, Attorney General, State of Connecticut, State Office Building, 30 Trinity St., Hartford, Connecticut<br>(b) Norris L. O'Neill, 50 State Street Hartford, Connecticut 06103<br>Same as B-1 (c) and (d) | Same as B-1 (a), (b), (c), (d) and (e) |

| No. | Plaintiff | Defendant |
| --- | --- | --- |
| B-4 | (a) Sidney Krieger, Krieger & Zucker, 11 Commerce Street, Newark, N.J. 07102<br><br>(b) Wm. Warfield Ross, Donald H. Green & Joel E. Hoffman, Wald, Harkrader & Rockefeller, 1225 - 19th St., N.W., Washington, D. C. 20036 | Same as B-1 (a), (b), (c), (d) and (e) |
| X-1 | a. David I. Shapiro, Esquire<br>Dickstein, Shapiro, Dennis & Galligan<br>20 East 46th Street<br>New York, New York 10017 | |